## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: : | CASE NUMBER: 24-59926-LRC |
| : | |
| TORRENCE DENTRELL CHANEY, : | CHAPTER: 7 |
| : | |
| Debtor. : | |

### AMENDMENT TO SCHEDULE C: THE PROPERTY YOU CLAIM AS EXEMPT AND SUMMARY OF YOUR ASSETS AND LIABILITIES

COMES NOW, Torrence Dentrell Chaney, named as Debtor herein, and brings this Amendment, as follows:

1.

Debtor amends Schedule C: The Property You Claim as Exempt as shown in the attached Amended Schedule C.

2.

Debtor amends his Summary of Schedules and Statistical Liabilities as shown in the attached Amended Summary of Schedules and Statistical Liabilities.

VERIFICATION

I, Torrence Dentrell Chaney, named as Debtor in the above-identified case, certify that I have read the within and foregoing Amendment and it is true and correct to the best of my knowledge, information and belief.

This 30th day of December 2024.

/S/

_____
TORRENCE DENTRELL CHANEY

/S/

_____
HOWARD D. ROTHBLOOM
Georgia Bar Number 915670
Attorney for Debtor
309 E. Paces Ferry Road, NE
Suite 400
Atlanta, GA  30305
770-792-3636
howard@rothbloom.com

AMENDED

**Fill in this information to identify your case:**

Debtor 1: Torrence Dentrell Chaney

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 24-59926

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2020 Kia Forte<br>Line from *Schedule A/B*: 3.1 | $9,889.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(3) |
| Brief description: 2024 Honda CRF 125f<br>Line from *Schedule A/B*: 4.1 | $4,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(3) |
| Brief description: 2024 Yamaha Raptor<br>Line from *Schedule A/B*: 4.2 | $8,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(3) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of **2**

Debtor Torrence Dentrell Chaney  
First Name / Middle Name / Last Name  
Case number (if known) 24-59926  
AMENDED  
Case 24-59926-lrc    Doc 14    Filed 12/30/24    Entered 12/30/24 13:39:24    Desc Main Document    Page 4 of 7

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2021 Yamaha YFZ<br>Line from Schedule A/B: 4.3 | $4,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(3) |
| Brief description: Electronics - Ipad and IPhone<br>Line from Schedule A/B: 7 | $450.00 | ☑ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: Clothing - Clothing<br>Line from Schedule A/B: 11 | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: Wells Fargo (Checking Account)<br>Line from Schedule A/B: 17.1 | $21.30 | ☑ $21.30<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Bank of America (Checking Account)<br>Line from Schedule A/B: 17.4 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Wells Fargo (Savings Account)<br>Line from Schedule A/B: 17.5 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Wages from Unemployment (owed to debtor)<br>Line from Schedule A/B: 30 | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Possible Personal Injury claim (owed to debtor)<br>Line from Schedule A/B: 34 | $1.00 | ☑ $8,178.70<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Possible Personal Injury claim (owed to debtor)<br>Line from Schedule A/B: 34 | $1.00 | ☑ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(11)(D) |
| Brief description: Tools of Trade<br>Line from Schedule A/B: 44 | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(7) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C     Schedule C: The Property You Claim as Exempt     page 2 of 2

**AMENDED**

**Fill in this information to identify your case:**

Debtor 1: Torrence Dentrell Chaney
    First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing)  First Name   Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 24-59926
(If known)

☑ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from *Schedule A/B*..................................................... $ 0.00

    1b. Copy line 62, Total personal property, from *Schedule A/B*........................................... $ 37,701.30

    1c. Copy line 63, Total of all property on *Schedule A/B*..................................................... $ 37,701.30

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 53,012.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... $ 0.00

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................................... + $ 74,889.38

    **Your total liabilities**    $ 127,901.38

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I* ....................................... $ 2,304.79

5. *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J* ................................................. $ 2,309.00

Official Form 106Sum    **Summary of Your Assets and Liabilities and Certain Statistical Information**    page 1 of 2

Debtor 1  Torrence Chaney
       First Name   Middle Name   Last Name

Case number *(if known)* 24-59926

### Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 2,618.13

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Official Form 106Sum    **Summary of Your Assets and Liabilities and Certain Statistical Information**    page 2 of 2

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | CASE NUMBER: 24-59926-LRC |
| | : | |
| TORRENCE DENTRELL CHANEY, | : | CHAPTER: 7 |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing pleading to be electronically filed with the Clerk of Court using the CM/ECF filing system which will automatically send notice of electronic filing to all parties registered to receive electronic notices in this case.

This 30th day of December 2024.

*/s/ Howard D. Rothbloom*

Howard D. Rothbloom