# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 24-59926-LRC |
| TORRENCE DENTRELL CHANEY, | ) |
| | ) CHAPTER 7 |
| Debtor. | ) |

## TRUSTEE'S REQUEST TO ESTABLISH BAR DATE

COMES NOW, Tamara Miles Ogier as Trustee of the above-referenced bankruptcy Estate and shows this Honorable Court that she has ascertained there may be funds available for distribution in the above-referenced matter and requests that a bar date for the filing of claims be established.

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By:/s/Tamara Miles Ogier
Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orratl.com